**Wilma M. PENNINGTON–THURMAN, Appellant,**

v.

**AT & T, Appellee.**

**No. 10–1529.**

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 2, 2010.

Filed: Aug. 11, 2010.

Wilma M. Pennington–Thurman, St. Louis, MO, pro se.

Mimi B. MacDonald, General, At & T Missouri Legal Department, St. Louis, MO, for Appellee.

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Wilma Pennington–Thurman appeals the district court's [1] adverse grant of summary judgment on her claims under the Age Discrimination in Employment Act (ADEA). Upon de novo review, *see Sutherland v. Mo. Dep't of Corr.*, 580 F.3d 748, 750 (8th Cir.2009), we agree with the district court that a release of claims—including ADEA claims—signed by Pennington–Thurman complied with the requirements of 29 U.S.C. § 626(f), that Pennington–Thurman's waiver of claims was knowing and voluntary, and that the release was therefore enforceable. *See* 29 U.S.C. § 626(f) (listing specific requirements for waivers of rights or claims under ADEA); *Warnebold v. Union Pac. R.R.*, 963 F.2d 222, 223–24 (8th Cir.1992) (affirming summary judgment for employer on involuntarily terminated former employee's discrimination claims; agreeing with district court that former employee's waiver of claims was knowing and voluntary where release was written in clear and unambigu-

1. The Honorable Frederick R. Buckles, United States Magistrate Judge for the Eastern District of Missouri.

ous language and was supported by consideration).  Accordingly, we affirm.  *See* 8th Cir. R. 47B.